# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00249-CV

**Michael Franzak, Appellant**

**v.**

**Cielo Multi Family LLC d/b/a Cielo Apartments, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-15-002921, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Franzak filed his notice of appeal on April 30, 2015. The record was completed on July 10, 2015, making appellant's brief due on August 9, 2015. *See* Tex. R. App. P. 38.6(a). On August 25, we sent appellant notice that his brief was overdue, requesting a response by September 4. To date, appellant has not filed his brief or otherwise responded to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   September 30, 2015